# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

ERINN S. BIRDSONG,

     Plaintiff,

v.                                          CASE NO:  8:10-cv-676-T-26EAJ

HUNTER WARFIELD, INC.,

     Defendant.

_____/

## O R D E R

     It appearing from the Court's docket in this case that Plaintiff has failed to seek a default final judgment within the time period provided for in Local Rule 1.07(b), and Plaintiff having been previously warned in an order entered April 26, 2010, at docket 7, of the consequences of failing to do so, it is, therefore, **ORDERED AND ADJUDGED** that this case is **dismissed without prejudice**.

     **DONE AND ORDERED** at Tampa, Florida, on June 3, 2010.


                                 _s/Richard A. Lazzara_____
                                 **RICHARD A. LAZZARA**
                                 **UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record